United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13374-ref
Dominick C. Pistone                                                       Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin              Page 1 of 2            Date Rcvd: Sep 21, 2018
                              Form ID: 318             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2018.
```
db              Dominick C. Pistone,    4538 Joshua Ln,    Walnutport, PA  18088-9759
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14110491       +Conrad O'Brien,    1500 Market St,    Philadelphia, PA 19102-2112
14110492        Discover Bank,    PO Box 742655,    Cincinnati, OH  45274-2655
14110493        Ed Seier,    486 Longacre Dr,    Cherryville, PA  18035-9713
14110494       +First Northern Bank & Trust,    P.O. Box 217,    Palmerton, PA 18071-0217
14192029        Gross McGinley LLP,    101 Larry Holmes Dr Ste 202,    Easton, PA  18042-7720
14110495       +Gross McGinley LLP,    33 S. 7th Street,    Allentown PA 18101-2418
14191994       +Gross McGinley, LLP,    c/o Anne K. Manley, Esq.,    33 S. 7th Street,    Allentown, PA 18101-2418
14110496        Jay Amory,    30 Pheasant Run Dr,    Dallas, PA  18612-8906
14110497        Joseph Murphy,    125 W Indian Crossing Cir,    Jupiter, FL  33458-5276
14110498        Kravet & Vogel, LLP,    555 5th Ave Fl 14,    New York, NY  10017-9257
14110499        Mark Randall,    361 Addison Pl,    Lancaster, PA  17601-5192
14110500        Michael Portnoy,    668 Stony Hill Rd # 239,    Yardley, PA  19067-4498
14110502       +Neffs National Bank,    5629 Route 873, PO Box 10,    Neffs, PA 18065-0010
14110504       +PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
14110503       #PayPal Credit,    P.O. Box 105658,    Atlanta, GA  30348-5658
14110505        Ryan Pistone,    3977 Cedar Dr,    Walnutport, PA  18088-9536
14110507        Seawatch at Sunset Harbour HOA,    PO Box 6896,    Ocean Isle Beach, NC  28469-0896
14110510       #Taylor Pistone,    1345 Martin Ct Apt 325,    Bethlehem, PA  18018-2565
14110511        Woodstone Country Club,    3777 Dogwood Rd,    Danielsville, PA  18038-9589
14110512        Zimmer US Biomet,    1800 W Center St,    Warsaw, IN  46580-2304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 22 2018 01:50:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14110501        EDI: NAVIENTFKASMSERV.COM Sep 22 2018 05:48:00      Navient,    PO Box 13611,
                 Philadelphia, PA  19101-3611
14118921        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2018 01:50:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14110506       +EDI: NAVIENTFKASMSERV.COM Sep 22 2018 05:48:00      SallieMae, Inc.,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
14111155       +EDI: RMSC.COM Sep 22 2018 05:48:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14110508        EDI: RMSC.COM Sep 22 2018 05:48:00      Synchrony Bank/Lowes,    P.O. Box 530927,
                 Atlanta, GA  30353-0927
14110509        EDI: WTRRNBANK.COM Sep 22 2018 05:48:00      Target Card Services,    P.O. Box 660170,
                 Dallas, TX  75266-0170
                                                                                             TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: admin                Page 2 of 2           Date Rcvd: Sep 21, 2018
                              Form ID: 318               Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              KEVIN K. KERCHER    on behalf of Debtor Dominick C. Pistone kevinkk@kercherlaw.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dominick C. Pistone** | Social Security number or ITIN **xxx–xx–3832** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **18–13374–ref**

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dominick C. Pistone

9/20/18                                                       **By the court:**   Richard E. Fehling
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**